**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6500**

ARTHUR RODGERS,

        Plaintiff - Appellant,

    v.

BOBBY SHEARIN; SERGEANT SIRES; OFFICER STEVENS; LIEUTENANT
WILT; OFFICER MALLOW; OFFICER RALEY; GREG FLURY, Physician's
Assistant,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:11-cv-01585-CCB)

Submitted:  July 18, 2013        Decided:  July 23, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Rodgers, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant  Attorney  General,  Baltimore,  Maryland;  Michelle
Jacquelyn Marzullo, Richard P. Seitz, MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Rodgers appeals the district court's order granting Defendants' motions for summary judgment and denying relief on Rodgers' 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Rodgers v. Shearin</u>, No. 1:11-cv-01585-CCB (D. Md. Mar. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>